**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KENDALL MORRISON,                                    :

                                                     :   Case No. 2:19-CV-18743-SRC-CLW
                            Plaintiff,               :

                                                     :   **STIPULATION OF DISMISSAL**
v.                                                   :       **WITH PREJUDICE**

                                                     :

SPIRIT AIRLINES, INC., PORT                          :
AUTHORITY OF NEW YORK AND NEW                        :
JERSEY, JOHN DOES 1 - 10 (said names                 :
being fictitious, real names unknown) and            :
ABC COMPANIES 1 - 10 (said names being               :
fictitious, real names unknown),                     :

                                                     :

                            Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties,

that the above-entitled action is hereby dismissed with prejudice and without costs to any party

and that an order may be entered by the Clerk of the Court to that effect.

Dated: July 20, 2021

Respectfully submitted,

VLASAC & SHMARUK LLC              CONDON & FORYSTH LLP

By: /s/ *Yelena Kofman-Delgado*    By: /s/ *Thomas A. Ostendorp*

   Yelena Kaufman-Delgado, Esq.        Thomas A. Ostendorp
   ykaufman@vslaws.com                 tostendorp@condonlaw.com
485B Route 1 South, Suite 120          Jonathan E. DeMay (admitted *pro hac vice*)
Iselin, New Jersey 08830               jdemay@condonlaw.com
(732) 494-3600                      7 Times Square, 18th Floor
                                    New York, New York 10036
*Attorneys for Plaintiff*           (212) 490-9100

                                    *Attorneys for Defendant*
                                     SPIRIT AIRLINES, INC.

SO ORDERED:

_____
Honorable Stanley R. Chesler
United States District Judge


Dated: _____ __, 2021